IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                          Case No 4:22-cr-40001-011

MICAHEL WALLACE MARTIN                                                         DEFENDANT

**ORDER**

  Before the Court is the Motion to Modify Conditions of Release Regarding Travel filed herein by the Defendant MICAHEL WALLACE MARTIN. ECF No. 177. The Government has not responded to the Motion and the Court finds no response is necessary. The Motion was referred to the undersigned for decision. ECF No. 178. The Court finds as follows:

  On May 5, 2022, the Court issued an Order setting the Defendant's Conditions of Release. ECF No. 52. Defendant's travel was restricted to the Eastern and Western Districts of Arkansas, Bowie County, Texas *and* as permitted by the United States Probation Office ("USPO"). Defendant now requests that he be allowed "unrestricted travel while this matter is being adjudicated, after providing notice of the travel arrangements to his USPO." The Court has communicated with the supervising officer of the USPO and been informed that Defendant travels regularly with permission of the USPO. Further, the supervising officer informs the Court Defendant has not been denied any requested travel. Defendant cites sporting events, dance recitals and other family events which "are scheduled last minute" as a reason for the requested modification. The Court does not find these type events to be of such nature as to prevent Defendant from seeking permission from the USPO and, when such permission is granted, attending the particular event. Accordingly, there is no reason to modify the Condition of Pretrial Release in this case.

**IT IS THEREFORE ORDERED** Defendant's Motion to Modify Conditions of Release Regarding Travel (ECF No. 177) is **DENIED**.

Defense counsel is directed to provide a copy of this Order modifying pre-trial release conditions to Defendant.

**SO ORDERED** this 1st **day of August 2023.**

                                                             /s/ *Barry A. Bryant*
                                                             HON. BARRY A. BRYANT
                                                             U.S. MAGISTRATE JUDGE