IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                        Case No 4:22-cr-40001-011

MICAHEL WALLACE MARTIN                                                                     DEFENDANT

**ORDER**

Before the Court is the Motion to Modify Conditions of Release Regarding Travel filed herein by the Defendant MICAHEL WALLACE MARTIN. ECF No. 227. The Motion was referred to the undersigned for decision. ECF No. 228. The Government has responded to the Motion by email and indicates it has no objection to the requested modification. The Court finds as follows:

On May 5, 2022, the Court issued an Order setting the Defendant's Conditions of Release. ECF No. 52. Defendant's travel was restricted to the Eastern and Western Districts of Arkansas, Bowie County, Texas ***and*** as permitted by the United States Probation Office ("USPO"). *See id*. Defendant now requests that he be allowed to travel to Bixby, Oklahoma, on May 18, 2024, and return on May 19, 2024, to attend a family wedding. The Government does not object to this requested modification for travel on May 18-19. This two-day travel should be allowed as set out in the Motion.

In addition to the request to travel for a family wedding, Defendant again seeks to have "unrestricted travel" while this case is pending. For the reasons previously stated by the Court, this request for "unrestricted travel" is denied.[1]

---

[1] Defendant Martin asked for unrestricted travel in his prior Motion to Modify. ECF No. 177. The Court denied the request on August 1, 2023, (ECF No. 183) and finds no reason to revisit that decision at this time.

1

**IT IS THEREFORE ORDERED** Defendant's Motion to Modify Conditions of Release Regarding Travel (ECF No. 227) is **GRANTED** in part.  Defendant is allowed to travel to Bixby, Oklahoma, on May 18, 2024, and return on May 19, 2024, to attend a family wedding.  Defendant's request for unrestricted travel while this case is pending is **DENIED**.

**SO ORDERED** this **6th day of May 2024.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE